United States District Court
Southern District of Texas
**ENTERED**
July 22, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRYAN SHEPARD, on Behalf of Himself and on Behalf of All Others Similarly Situated, <br> Plaintiff, <br><br> v. <br><br> TURNCO, LLC, <br> Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 4:17-cv-01678 <br> JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

The Parties' *Joint Motion to Dismiss with Prejudice* is granted.

It is therefore ORDERED that this case is dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the party incurring the same.

SIGNED this 17th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE